## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. |
| | ) |
| ROOSEVELT COMAGE, | ) |
| | ) |
| Defendant. | ) |

## C O M P L A I N T

1.  Plaintiff is the United States.  Jurisdiction is based on 28 U.S.C. §1345.

2.  Defendant ROOSEVELT COMAGE, resides at Bloomington, IL 61701 , which is in the Central District of Illinois.

3.  In 1991, Defendant ROOSEVELT COMAGE applied for a United States Railroad Retirement Board disability annuity.

4.  In his application, page 10, he acknowledged that he received the application booklet, Employee Disability Benefits, RB-1d; that he understood that he had to report any income that would affect his annuity, as explained in that booklet; that he would "immediately notify the RRB ... IF I perform any work;" and that he knew that "failure to report work and earnings promptly may result in a penalty deduction in my annuity payments."

5.  Beginning in 1991 and continuing for many years, the Railroad Retirement Board sent Defendant ROOSEVELT COMAGE annual Disability Reminder Notices, informing him that he must notify the Board if he preformed any work and must return any annuity check for any month with more than $400 in net earnings.

6.  In 2005, Defendant ROOSEVLT COMAGE acknowledged to the Railroad Retirement Board for the first time that he had been earning money, but claimed that he earned less than $400 per month.

- 2 -

7. This acknowledgment was false and Defendant ROOSEVELT COMAGE knew that it was false.

8. In fact, Defendant ROOSEVELT COMAGE earned well over $400 per month through Express Services, Inc., in 2003:

|   |   |
|---|---|
| August: | $1,582.90 |
| September: | $1,512.02 |
| October: | $2,010.20 |
| November: | $1,471.08 |

9. In fact, Defendant ROOSEVELT COMAGE earned well over $400 per month through Famous Barr in 2001 and 2002.

10. In fact, Defendant ROOSEVELT COMAGE reported income to the Social Security Administration as follows:

|   |   |
|---|---|
| 2001: | $12,375.27 |
| 2002: | $ 9,278.50 |
| 2003: | $16,800.99 |
| 2004: | $10,914.32 |
| 2005: | $ 9,043.65 |

11. The Railroad Retirement Board has calculated the payments that Defendant ROOSEVELT COMAGE received, due to his failure to report his work and earnings, as follows:

|   |   |
|---|---|
| July - November, 2001: | $ 6,750.00 |
| December, 2001 - November 2002: | $16,632.00 |
| December, 2002 - July, 2003: | $11,240.00 |
| August, 2003 - November, 2003: | $ 4,605.68 |
| December, 2003 - November, 2004: | $14,063.04 |
| December 2004 - November, 2005: | $14,398.32 |
| Total: | $67,689.04 |

-3-

12. Defendant ROOSEVELT COMAGE received this total, $67,689.04, through fraud and unjust enrichment. Defendant ROOSEVELT COMAGE is further indebted to the United States in the amount of $350.00 court cost for a total amount due of $68,039.04.

**WHEREFORE**, the United States prays that this Court will grant Judgment against Defendant ROOSEVELT COMAGE, for $68,039.04, with post-judgment interest, and with such further relief as may be appropriate.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: April 20, 2007

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov