# United States District Court

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

UNITED STATES OF AMERICA,

v.

ROOSEVELT COMAGE

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-1097

TO: ROOSEVELT COMAGE
101 EAST MACARTHUR STREET
APARTMENT 307
BLOOMINGTON, IL 61701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

James A. Lewis
Assistant United States Attorney
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

John M. Waters

CLERK     s/CLERK

6-1-07

DATE

BY DEPUTY CLERK