**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

E-FILED
Thursday, 05 July, 2007 12:24:18 PM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07-1097 |
| DEFENDANT | TYPE OF PROCESS |
| ROOSEVELT COMAGE | SUMMONS & COMPLAINT |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROOSEVELT COMAGE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)   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  DOB: 03-12-194_
101 E. MacArthur Street
Apartment 307, Bloomington, IL 61701    309-275-2612


FILED
JUL - 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorneys Office
Financial Litigation Unit/MAB
318 S. 6th Street
Springfield, Illinois 62701

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEBT COLLECTION CASE

Works part time for school district as a bus monitor
6:00A - 9:00A and 2:30P - 4:00P

For further information call: Mary Ann Blair at 217-492-4450

Signature of Attorney or other Originator requesting service on behalf of:
s/James P. Lewis
AUSA Elizabeth L. Collins for AUSA James A. Lewis
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 217-492-4450
DATE: May 31, 2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process:
District of Origin No. 26
District to Serve No. P
Signature of Authorized USMS Deputy or Clerk: s/K. Sanders
Date: 6-6-7

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
500 E Willow Street
Normal, IL. 61761

Date of Service: 6/26/07
Time: 2:45 pm
s/ Deputy U.S. Marshal

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $135.00 | $32.37 | ∅ | $167.37 | ∅ | $167.37 |

REMARKS:
- One Deputy, three hours, 78 miles round trip.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

PEORIA DIVISION

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

v.

ROOSEVELT COMAGE

**CASE NUMBER:** 07-1097

TO: ROOSEVELT COMAGE
101 EAST MACARTHUR STREET
APARTMENT 307
BLOOMINGTON, IL 61701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

James A. Lewis
Assistant United States Attorney
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

John M. Waters
CLERK     s/ R. Knox

6-1-07
DATE

BY DEPUTY CLERK