E-FILED
Friday, 13 July, 2007   10:14:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plantiff,<br><br>V.<br><br>ROOSEVELT COMAGE,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) COURT NO. 07-1097<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
JUL 1 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ANSWER

1. Defendant is Roosevelt Comage.

RC 4 X 2. I agree to some of the terms of the complaint, but I request more information and reasons or explain the situation.

3. I seek more information on this matter.

~~4. I am not sure the amount of the complaint~~ is the accurate amount.  RC

5. I need more itemized information to determine if that amount is accurate.

6. I am not able to comprehend nor have enough literate skills to understand all the terms of this complaint.

Respectfully submitted,

Roosevelt Comage

DATE: July 12, 2007

*(typed by Bryant Hardy on behalf of Roosevelt Comage)