IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07-1097 |
| ROOSEVELT COMAGE, | ) ) ) | |
| Defendant. | ) | |

## **PROPOSED DISCOVERY PLAN**

Plaintiff United States and defendant Roosevelt Comage suggest the following plan and schedule for this litigation:

1. Discovery to end December 18, 2007.

2. The parties are not aware of any electronically stored information.


/s/ James A. Lewis

James A. Lewis
Attorney for Plaintiff United States
318 South Sixth Street
Springfield, IL 62701

/s/ Roosevelt Comage

Defendant Roosevelt Comage
101 E. MacArthur, Apt. 307
Bloomington, IL 61701