**E-FILED**
Friday, 04 January, 2008 09:17:20 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-1097 |
| | ) | |
| ROOSEVELT COMAGE, | ) | |
| | ) | |
| Defendant. | ) | |

**. FILED .**

**JAN - 3 2008**

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CONSENT JUDGMENT

Defendant Roosevelt Comage                    Bloomington, Illinois

61701, has accepted service of the Complaint by mail, has answered, and now consents to the

entry of this Judgment;

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that Judgment is hereby

entered against the defendant Roosevelt Comage in the amount of $68,039.04 ($67,689.04 in

benefits that were paid by mistake, plus $350.00 court costs), together with future costs and

interest from the date of judgment at the legal rate pursuant to 28 U.S.C. § 1961(a), to be

computed daily and compounded annually until paid in full.

ENTERED:    1/3/2008

**s/ Joe B. McDade**

JOE B. MCDADE
UNITED STATES DISTRICT JUDGE

## **CONSENT**

I acknowledge that I received a copy of the Complaint, I consent to entry of this Judgment

against me; and I waive notice of any proceeding with respect to entry of this Judgment.

DATE: _/ 2 - 2 0 - 07_

s/Roosevelt Comage

ROOSEVELT COMAGE
*Defendant*

## **THIS DOCUMENT WAS PREPARED BY THE UNITED STATES ATTORNEY'S OFFICE, ON BEHALF OF THE UNITED STATES OF AMERICA.**