# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE



**UNITED STATES OF AMERICA**

vs.

Case Number: **07-1097**

**ROOSEVELT COMAGE**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that consent judgment is entered in favor of USA & against Roosevelt Comage in sum of $68,039.04 together with future costs & interest from the date of judgment at the legal rate pursuant to 28 U.S.C., Section 1961(a), to be computed daily & compounded annually until paid in full.

ENTER this 4th day of January, 2008.

PAMELA E. ROBINSON, CLERK

s/H. Kallister
BY: DEPUTY CLERK

jgm.wpd